No. 72–5289. FRIERSON *v.* SPRUILL, JUDGE, ET AL., *ante,* p. 989. Petition for rehearing denied.

No. 71–5005. BROOKS *v.* FLORIDA ET AL., 404 U. S. 956;
No. 71–5075. BROOKS *v.* FLORIDA, 404 U. S. 956;
No. 71–5207. BROOKS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, 404 U. S. 966; and
No. 71–5311. BROOKS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, 404 U. S. 1020. Motions for leave to file petitions for rehearing denied.

No. 72–136. DURST *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL., *ante,* p. 946. Motion for leave to use record in No. 72–42 [*Durst* v. *National Casualty Co. et al.*] in support of rehearing granted. Petition for rehearing denied.

DECEMBER 18, 1972

No. 72–421. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* DAVIS. Appeal from D. C. Conn. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment affirmed. *Weber* v. *Aetna Casualty & Surety Co.,* 406 U. S. 164 (1972). THE CHIEF JUSTICE, MR. JUSTICE STEWART, and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 72–655. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* GRIFFIN ET AL. Appeal from D. C. Md. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment affirmed. THE CHIEF JUSTICE, MR. JUSTICE STEWART, and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.